OFFICE OF DISCIPLINARY COUNSEL ET AL. *v.* RUBRIGHT.

[Cite as *Disciplinary Counsel v. Rubright* (1994), 69 Ohio St.3d 34.]

(No. 93–2101—Submitted January 26, 1994—Decided April 20, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Dianna L. Chesley,* Assistant Disciplinary Counsel, for relator.

*Paul C. Giha,* for relator Toledo Bar Association.

*Per Curiam.* We concur in the findings and recommendation of the board. Accordingly, respondent is hereby ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.